THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: February 28, 2016



_____
G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In Re: Jennifer S Sidders            Chapter 13


     Debtor                    Case No. 2016-20600-GMH-13

_____

**Order to Extend Time for Filing of Documents Required by 11 U.S.C. § 521 and Fed. R. of Bankr. Pro. 1007(c)**

_____

     Based upon the foregoing Motion to Extend Time for Filing Debtor's Completed

Schedules and Chapter 13 plan in the Chapter 13 case of Jennifer S Sidders,


     IT IS HEREBY ORDERED that: the Court extends the time for filing completed

schedules and Chapter 13 plan to March 3, 2016, in order for the Debtor to review  her financial

situation with her counsel and finish gathering required documentation.


                       #######

Drafted by:
MILLER & MILLER LAW, LLC
735 W. Wisconsin Ave., Suite 600
Milwaukee, WI 53233
(414) 277-7742