UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE:

JENNIFER S. SIDDERS,

Debtor.

Case No. 2016-20600-GMH

Chapter 13

**AFFIDAVIT**

Todd M. Cruciani, being first duly sworn, states as follows:

1. I am a vice president of the Movant, WaterStone Bank SSB.

2. The Movant is the holder of a perfected security interest in the property located at 20390 West Barton Road, New Berlin, Wisconsin.

3. The Debtor has defaulted under the terms of the Mortgage Note, Mortgage "A", Home Equity Credit Agreement, and Mortgage "B" by her failure to make the regular pre-petition and post-petition payments.

4. Pre-petition, the Debtor is ten (10) months in arrears and post-petition currently one (1) month in arrears with respect to the Mortgage Note and Mortgage "A" as evidenced by the loan transaction history attached hereto as *Exhibit A*.

5. Pre-petition, the Debtor is twenty-five (25) months in arrears and post-petition currently one (1) month in arrears with respect to the Home Equity Credit Agreement, and Mortgage "B" as evidenced by the loan transaction history attached hereto as *Exhibit B*.

1

6. This affidavit is made in support of the Movant's Motion for Relief in the above referenced case.

_____
Todd M. Cruciani

Subscribed and sworn to before me
this 1st day of March 2016.

_____
Notary Public, State Of Wisconsin
My Commission Expires: 1/22/2017



2

Premier Investment Prope
-89245 Note - 116 Month Mortgage Residential Variable

**\*\*HIGHLIGHTED PAYMENTS RECEIVED FROM CHAPTER 13 TRUSTEE; CASE NO. 13-33884**

127 items: Transactions beginning 01/01/2013

| Effective / Posted | Type | Amount | Principal | Interest | Balance | Part or Fee |
|---|---|---|---|---|---|---|
| 02/16/2016 02/16/2016 | 761 - Auto late fee assessment | 108.44 | 0.00 | 0.00 | 0.00 | LA-001 |
| 01/22/2016 01/22/2016 | 660 - Special payment | 280.66 | 0.00 | 280.66 | 238,234.94 | |
| 01/22/2016 01/22/2016 | 660 - Special payment | 522.17 | 522.17 | 0.00 | 238,234.94 | |
| 01/22/2016 01/22/2016 | 660 - Special payment | 56.56 | 0.00 | 56.56 | 238,757.11 | |
| 01/18/2016 01/18/2016 | 761 - Auto late fee assessment | 108.44 | 0.00 | 0.00 | 0.00 | LA-001 |
| 12/31/2015 01/04/2016 | 663 - User defined special payment | 493.05 | 0.00 | 0.00 | 238,757.11 | |
| 12/31/2015 01/04/2016 | 660 - Special payment | 1,075.12 | 0.00 | 1,075.12 | 238,757.11 | |
| 12/31/2015 01/04/2016 | 660 - Special payment | 600.69 | 600.69 | 0.00 | 238,757.11 | |
| 12/30/2015 12/22/2015 | 716 - Escrow auto-disbursement | 4,789.62 | 0.00 | 0.00 | 239,357.80 | |
| 12/22/2015 12/23/2015 | 663 - User defined special payment | 493.05 | 0.00 | 0.00 | 239,357.80 | |
| 12/22/2015 12/23/2015 | 660 - Special payment | 1,077.86 | 0.00 | 1,077.86 | 239,357.80 | |
| 12/22/2015 12/23/2015 | 660 - Special payment | 597.95 | 597.95 | 0.00 | 239,357.80 | |
| 12/16/2015 12/16/2015 | 761 - Auto late fee assessment | 108.44 | 0.00 | 0.00 | 0.00 | LA-001 |
| 12/15/2015 12/15/2015 | 762 - Automatic miscellaneous fee total | 20.00 | 0.00 | 0.00 | 0.00 | AE-001 |
| 12/15/2015 12/15/2015 | 764 - Automatic miscellaneous fee assessment | 20.00 | 0.00 | 0.00 | 0.00 | AE-001 |
| 11/30/2015 12/15/2015 | 660 - Special payment | 858.50 | 0.00 | 858.50 | 239,955.75 | |
| 11/30/2015 12/15/2015 | 800 - Reversal | -597.95 | -597.95 | 0.00 | 239,955.75 | |
| 11/30/2015 12/15/2015 | 801 - NSF reversal | -1,077.86 | 0.00 | -1,077.86 | 239,955.75 | |
| 11/30/2015 12/15/2015 | 800 - Reversal | -858.50 | 0.00 | -858.50 | 239,955.75 | |
| 11/30/2015 12/15/2015 | 800 - Reversal | -493.05 | 0.00 | 0.00 | 239,955.75 | |
| 11/30/2015 12/03/2015 | * 660 - Special payment | 858.50 | 0.00 | 858.50 | 239,955.75 | |
| 11/30/2015 12/01/2015 | * 663 - User defined special payment | 493.05 | 0.00 | 0.00 | 239,955.75 | |
| 11/30/2015 | * 660 - Special | 1,077.86 | 0.00 | 1,077.86 | 239,955.75 | |



EXHIBIT A

| Date 1 | Date 2 | | Transaction | Amount | Amount 2 | Amount 3 | Balance | Code |
|---|---|---|---|---:|---:|---:|---:|---|
| 12/01/2015 | | | payment | | | | | |
| 11/30/2015 | 12/01/2015 | * | 660 - Special payment | 597.95 | 597.95 | 0.00 | 239,955.75 | |
| 11/16/2015 | 11/16/2015 | | 761 - Auto late fee assessment | 108.44 | 0.00 | 0.00 | 0.00 | LA-001 |
| 10/27/2015 | 10/28/2015 | | 660 - Special payment | 1,080.59 | 0.00 | 1,080.59 | 239,955.75 | |
| 10/27/2015 | 10/28/2015 | | 660 - Special payment | 595.22 | 595.22 | 0.00 | 239,955.75 | |
| 10/27/2015 | 10/28/2015 | | 800 - Reversal | -1,080.59 | 0.00 | -1,080.59 | 240,550.97 | |
| 10/27/2015 | 10/28/2015 | * | 660 - Special payment | 1,080.59 | 0.00 | 1,080.59 | 240,550.97 | |
| 10/27/2015 | 10/28/2015 | | 800 - Reversal | -597.95 | -597.95 | 0.00 | 240,550.97 | |
| 10/27/2015 | 10/28/2015 | | 800 - Reversal | -1,077.86 | 0.00 | -1,077.86 | 240,550.97 | |
| 10/27/2015 | 10/28/2015 | | 663 - User defined special payment | 493.05 | 0.00 | 0.00 | 240,550.97 | |
| 10/27/2015 | 10/28/2015 | * | 660 - Special payment | 1,077.86 | 0.00 | 1,077.86 | 240,550.97 | |
| 10/27/2015 | 10/28/2015 | * | 660 - Special payment | 597.95 | 597.95 | 0.00 | 240,550.97 | |
| 10/16/2015 | 10/16/2015 | | 761 - Auto late fee assessment | 108.44 | 0.00 | 0.00 | 0.00 | LA-001 |
| 09/29/2015 | 09/30/2015 | | 660 - Special payment | 18.00 | 0.00 | 0.00 | 240,550.97 | |
| 09/29/2015 | 09/29/2015 | | 660 - Special payment | 493.05 | 0.00 | 0.00 | 240,550.97 | |
| 09/29/2015 | 09/29/2015 | | 660 - Special payment | 1,083.30 | 0.00 | 1,083.30 | 240,550.97 | |
| 09/29/2015 | 09/29/2015 | | 660 - Special payment | 592.51 | 592.51 | 0.00 | 240,550.97 | |
| 09/29/2015 | 09/30/2015 | | 660 - Special payment | 18.00 | 0.00 | 0.00 | 0.00 | LA-001 |
| 09/24/2015 | 09/24/2015 | | 660 - Special payment | 238.58 | 0.00 | 238.58 | 241,143.48 | |
| 09/24/2015 | 09/24/2015 | | 660 - Special payment | 41.28 | 0.00 | 41.28 | 241,143.48 | |
| 09/24/2015 | 09/24/2015 | | 660 - Special payment | 144.90 | 144.90 | 0.00 | 241,143.48 | |
| 09/16/2015 | 09/16/2015 | | 761 - Auto late fee assessment | 108.44 | 0.00 | 0.00 | 0.00 | LA-001 |
| 08/26/2015 | 08/26/2015 | | 660 - Special payment | 441.76 | 0.00 | 441.76 | 241,288.38 | |
| 08/14/2015 | 08/17/2015 | | 663 - User defined special payment | 493.05 | 0.00 | 0.00 | 241,288.38 | |
| 08/14/2015 | 08/17/2015 | | 660 - Special payment | 1,086.01 | 0.00 | 1,086.01 | 241,288.38 | |
| 08/14/2015 | 08/17/2015 | | 660 - Special payment | 589.80 | 589.80 | 0.00 | 241,288.38 | |
| 07/29/2015 | 07/30/2015 | | 663 - User defined special payment | 493.05 | 0.00 | 0.00 | 241,878.18 | |
| 07/29/2015 | 07/30/2015 | | 660 - Special payment | 1,088.70 | 0.00 | 1,088.70 | 241,878.18 | |

| Date | Date 2 | Transaction | Amount | Amount 2 | Amount 3 | Balance | Code |
|---|---|---|---|---|---|---|---|
| 07/29/2015 | 07/30/2015 | 660 - Special payment | 587.11 | 587.11 | 0.00 | 241,878.18 | |
| 07/23/2015 | 07/27/2015 | 660 - Special payment | 424.76 | 0.00 | 424.76 | 242,465.29 | |
| 07/16/2015 | 07/16/2015 | 761 - Auto late fee assessment | 108.44 | 0.00 | 0.00 | 0.00 | LA-001 |
| 06/27/2015 | 06/29/2015 | 663 - User defined special payment | 493.05 | 0.00 | 0.00 | 242,465.29 | |
| 06/27/2015 | 06/29/2015 | 660 - Special payment | 1,091.38 | 0.00 | 1,091.38 | 242,465.29 | |
| 06/27/2015 | 06/29/2015 | 660 - Special payment | 584.43 | 584.43 | 0.00 | 242,465.29 | |
| 06/25/2015 | 06/25/2015 | 660 - Special payment | 429.70 | 0.00 | 429.70 | 243,049.72 | |
| 06/16/2015 | 06/16/2015 | 761 - Auto late fee assessment | 108.44 | 0.00 | 0.00 | 0.00 | LA-001 |
| 05/22/2015 | 05/26/2015 | 663 - User defined special payment | 493.05 | 0.00 | 0.00 | 243,049.72 | |
| 05/22/2015 | 05/26/2015 | 660 - Special payment | 1,092.33 | 0.00 | 1,092.33 | 243,049.72 | |
| 05/22/2015 | 05/26/2015 | 660 - Special payment | 583.48 | 583.48 | 0.00 | 243,049.72 | |
| 05/20/2015 | 05/20/2015 | 660 - Special payment | 429.70 | 0.00 | 429.70 | 243,633.20 | |
| 05/18/2015 | 05/18/2015 | 761 - Auto late fee assessment | 108.44 | 0.00 | 0.00 | 0.00 | LA-001 |
| 04/24/2015 | 05/20/2015 | 800 - Reversal | -962.62 | 0.00 | -962.62 | 243,633.20 | |
| 04/24/2015 | 05/20/2015 | 800 - Reversal | -374.88 | -374.88 | 0.00 | 243,633.20 | |
| 04/24/2015 * | 04/24/2015 | 660 - Special payment | 374.88 | 374.88 | 0.00 | 243,633.20 | |
| 04/24/2015 * | 04/24/2015 | 660 - Special payment | 962.62 | 0.00 | 962.62 | 243,633.20 | |
| 04/24/2015 | 04/24/2015 | 660 - Special payment | 240.63 | 0.00 | 0.00 | 243,633.20 | |
| 04/24/2015 | 04/24/2015 | 660 - Special payment | 240.63 | 0.00 | 0.00 | 0.00 | LA-001 |
| 04/15/2015 | 04/16/2015 | 663 - User defined special payment | 493.05 | 0.00 | 0.00 | 243,633.20 | |
| 04/15/2015 | 04/16/2015 | 660 - Special payment | 1,094.99 | 0.00 | 1,094.99 | 243,633.20 | |
| 04/15/2015 | 04/16/2015 | 660 - Special payment | 580.82 | 580.82 | 0.00 | 243,633.20 | |
| 03/25/2015 | 03/25/2015 | 660 - Special payment | 240.63 | 0.00 | 240.63 | 244,214.02 | |
| 03/17/2015 | 03/18/2015 | 663 - User defined special payment | 493.05 | 0.00 | 0.00 | 244,214.02 | |
| 03/17/2015 | 03/18/2015 | 660 - Special payment | 1,121.85 | 0.00 | 1,121.85 | 244,214.02 | |
| 03/17/2015 | 03/18/2015 | 660 - Special payment | 553.96 | 553.96 | 0.00 | 244,214.02 | |
| 03/16/2015 | 03/16/2015 | 761 - Auto late fee assessment | 108.44 | 0.00 | 0.00 | 0.00 | LA-001 |
| 02/23/2015 | | 660 - Special | 193.41 | 0.00 | 193.41 | 244,767.98 | |

| Date | Date 2 | Transaction | Amount | Amount 2 | Amount 3 | Balance | Code |
|---|---|---|---|---|---|---|---|
| 02/23/2015 | | payment | | | | | |
| 02/23/2015 | | 660 - Special | 517.41 | 517.41 | 0.00 | 244,767.98 | |
| 02/23/2015 | | payment | | | | | |
| 02/23/2015 | | 660 - Special | 964.99 | 0.00 | 964.99 | 245,285.39 | |
| 02/23/2015 | | payment | | | | | |
| 02/23/2015 | | 660 - Special | 178.84 | 0.00 | 0.00 | 245,285.39 | |
| 02/23/2015 | | payment | | | | | |
| 02/23/2015 | | 680 - Fee payment | 20.00 | 0.00 | 0.00 | 0.00 | AE-001 |
| 02/23/2015 | | | | | | | |
| 02/23/2015 | | 660 - Special payment | 178.84 | 0.00 | 0.00 | 0.00 | LA-001 |
| 02/18/2015 | 02/19/2015 | 663 - User defined special payment | 422.61 | 0.00 | 0.00 | 245,285.39 | |
| 02/18/2015 | 02/19/2015 | 660 - Special payment | 1,131.71 | 0.00 | 1,131.71 | 245,285.39 | |
| 02/18/2015 | 02/19/2015 | 660 - Special payment | 544.10 | 544.10 | 0.00 | 245,285.39 | |
| 02/16/2015 | 02/16/2015 | 761 - Auto late fee assessment | 104.92 | 0.00 | 0.00 | 0.00 | LA-001 |
| 01/21/2015 | 01/22/2015 | 660 - Special payment | 422.61 | 0.00 | 0.00 | 245,829.49 | |
| 01/21/2015 | 01/22/2015 | 660 - Special payment | 544.10 | 544.10 | 0.00 | 245,829.49 | |
| 01/21/2015 | 01/22/2015 | 660 - Special payment | 1,131.71 | 0.00 | 1,131.71 | 246,373.59 | |
| 01/13/2015 | 01/13/2015 | 710 - Escrow disbursement | 2,032.70 | 0.00 | 0.00 | 246,373.59 | |
| 12/22/2014 | | 660 - Special | 120.32 | 0.00 | 120.32 | 246,373.59 | |
| 12/22/2014 | | payment | | | | | |
| 12/17/2014 | 12/18/2014 | 663 - User defined special payment | 422.61 | 0.00 | 0.00 | 246,373.59 | |
| 12/17/2014 | 12/18/2014 | 660 - Special payment | 1,131.71 | 0.00 | 1,131.71 | 246,373.59 | |
| 12/17/2014 | 12/18/2014 | 660 - Special payment | 544.10 | 544.10 | 0.00 | 246,373.59 | |
| 11/26/2014 | 12/04/2014 | 660 - Special payment | 73.09 | 0.00 | 73.09 | 246,917.69 | |
| 04/09/2014 | 04/09/2014 | 720 - Special adjustment debit | 2,000.62 | 0.00 | 0.0000000 | 246,917.69 | |
| 04/09/2014 | 04/09/2014 | 660 - Special payment | 2,000.62 | 0.00 | 0.00 | 246,917.69 | |
| 01/09/2014 | 01/09/2014 | 760 - Manually assessed fee | 150.00 | 0.00 | 0.00 | 0.00 | DM-002 |
| 12/31/2013 | 12/18/2013 | 716 - Escrow auto-disbursement | 5,039.35 | 0.00 | 0.00 | 246,917.69 | |
| 12/01/2013 | 11/20/2014 | 610 - Regular payment | 2,098.42 | 541.62 | 1,134.19 | 246,917.69 | |
| 11/18/2013 | 11/18/2013 | 761 - Auto late fee assessment | 104.92 | 0.00 | 0.00 | 0.00 | LA-001 |
| 11/01/2013 | 10/17/2014 | 610 - Regular payment | 2,098.42 | 539.15 | 1,136.66 | 247,459.31 | |
| 10/27/2013 | 10/28/2015 | 800 - Reversal | -595.22 | -595.22 | 0.00 | 247,998.46 | |
| 10/27/2013 | 10/28/2015 | * 660 - Special payment | 595.22 | 595.22 | 0.00 | 247,998.46 | |

| Date 1 | Date 2 | Code | Amount | Col 1 | Col 2 | Balance | Type |
|---|---|---|---|---|---|---|---|
| 10/16/2013 | 10/16/2013 | 761 - Auto late fee assessment | 104.92 | 0.00 | 0.00 | 0.00 | LA-001 |
| 10/01/2013 | 09/17/2014 | 610 - Regular payment | 2,098.42 | 536.69 | 1,139.12 | 247,998.46 | |
| 09/16/2013 | 09/16/2013 | 761 - Auto late fee assessment | 104.92 | 0.00 | 0.00 | 0.00 | LA-001 |
| 09/01/2013 | 08/18/2014 | 610 - Regular payment | 2,098.42 | 534.24 | 1,141.57 | 248,535.15 | |
| 08/16/2013 | 08/16/2013 | 761 - Auto late fee assessment | 104.92 | 0.00 | 0.00 | 0.00 | LA-001 |
| 08/01/2013 | 07/16/2014 | 610 - Regular payment | 2,098.42 | 531.80 | 1,144.01 | 249,069.39 | |
| 07/16/2013 | 07/16/2013 | 761 - Auto late fee assessment | 104.92 | 0.00 | 0.00 | 0.00 | LA-001 |
| 07/01/2013 | 06/16/2014 | 610 - Regular payment | 2,098.42 | 529.38 | 1,146.43 | 249,601.19 | |
| 06/17/2013 | 06/17/2013 | 761 - Auto late fee assessment | 104.92 | 0.00 | 0.00 | 0.00 | LA-001 |
| 06/01/2013 | 05/15/2014 | 610 - Regular payment | 2,098.42 | 526.96 | 1,148.85 | 250,130.57 | |
| 05/16/2013 | 05/16/2013 | 761 - Auto late fee assessment | 104.92 | 0.00 | 0.00 | 0.00 | LA-001 |
| 05/01/2013 | 04/14/2014 | 610 - Regular payment | 2,098.42 | 524.56 | 1,151.25 | 250,657.53 | |
| 04/16/2013 | 04/16/2013 | 761 - Auto late fee assessment | 104.92 | 0.00 | 0.00 | 0.00 | LA-001 |
| 04/01/2013 | 03/17/2014 | 610 - Regular payment | 2,098.42 | 522.17 | 1,153.64 | 251,182.09 | |
| 03/18/2013 | 03/18/2013 | 761 - Auto late fee assessment | 104.92 | 0.00 | 0.00 | 0.00 | LA-001 |
| 03/01/2013 | 02/17/2014 | 610 - Regular payment | 2,147.32 | 519.78 | 1,156.03 | 251,704.26 | |
| 02/18/2013 | 02/18/2013 | 761 - Auto late fee assessment | 107.37 | 0.00 | 0.00 | 0.00 | LA-001 |
| 02/01/2013 | 01/16/2014 | 610 - Regular payment | 2,147.32 | 517.41 | 1,158.40 | 252,224.04 | |
| 02/01/2013 | 12/16/2013 | 610 - Regular payment | 2,098.42 | 0.00 | 0.00 | 252,741.45 | |
| 01/29/2013 | 01/29/2013 | 728 - Escrow surplus decrease | 370.32 | 0.00 | 0.00 | 252,741.45 | |
| 01/16/2013 | 01/16/2013 | 761 - Auto late fee assessment | 107.37 | 0.00 | 0.00 | 0.00 | LA-001 |
| 01/01/2013 | 01/17/2013 | 613 - User defined reg payment | 2,147.32 | 515.05 | 1,160.76 | 252,741.45 | |

View Loan Transaction History - -1 Note

Sidders Timothy P
-1 Note

**\*\*HIGHLIGHTED PAYMENTS RECEIVED FROM CHAPTER 13 TRUSTEE; CASE NO. 13-33884**

50 items: Transactions beginning 01/01/2013

| Effective / Posted | Type | Amount | Principal | Interest | Balance | Part or Fee |
|---|---|---|---|---|---|---|
| 02/05/2016 02/05/2016 | 761 - Auto late fee assessment | 65.84 | 0.00 | 0.00 | 0.00 | LR-001 |
| 01/22/2016 01/22/2016 | 660 - Special payment | 339.36 | 0.00 | 339.36 | 104,596.37 | |
| 01/01/2016 12/31/2015 | 400 - Rate change | 5.250000% | 0.00 | 0.00 | 104,596.37 | |
| 12/22/2015 12/23/2015 | 660 - Special payment | 429.84 | 0.00 | 429.84 | 104,596.37 | |
| 11/30/2015 12/01/2015 | 613 - User defined reg payment | 429.84 | 0.00 | 429.84 | 104,596.37 | |
| 11/26/2015 12/03/2015 | 660 - Special payment | 339.02 | 0.00 | 339.02 | 104,596.37 | |
| 10/28/2015 10/30/2015 | 610 - Regular payment | 429.84 | 0.00 | 429.84 | 104,596.37 | |
| 10/06/2015 10/06/2015 | 761 - Auto late fee assessment | 21.49 | 0.00 | 0.00 | 0.00 | LR-001 |
| 09/29/2015 09/29/2015 | 660 - Special payment | 429.84 | 0.00 | 429.84 | 104,596.37 | |
| 09/24/2015 09/24/2015 | 660 - Special payment | 167.74 | 0.00 | 167.74 | 104,596.37 | |
| 09/08/2015 09/08/2015 | 761 - Auto late fee assessment | 21.49 | 0.00 | 0.00 | 0.00 | LR-001 |
| 08/26/2015 08/26/2015 | 660 - Special payment | 127.20 | 0.00 | 127.20 | 104,596.37 | |
| 08/26/2015 08/26/2015 | 660 - Special payment | 47.24 | 0.00 | 47.24 | 104,596.37 | |
| 08/05/2015 08/05/2015 | 761 - Auto late fee assessment | 21.52 | 0.00 | 0.00 | 0.00 | LR-001 |
| 07/23/2015 07/27/2015 | 660 - Special payment | 167.74 | 0.00 | 167.74 | 104,596.37 | |
| 07/06/2015 07/06/2015 | 761 - Auto late fee assessment | 21.53 | 0.00 | 0.00 | 0.00 | LR-001 |
| 06/25/2015 06/25/2015 | 660 - Special payment | 169.68 | 169.68 | 0.00 | 104,596.37 | |
| 06/05/2015 06/05/2015 | 761 - Auto late fee assessment | 21.53 | 0.00 | 0.00 | 0.00 | LR-001 |
| 05/20/2015 05/20/2015 | 660 - Special payment | 169.68 | 0.00 | 169.68 | 104,766.05 | |
| 05/06/2015 05/06/2015 | 761 - Auto late fee assessment | 21.53 | 0.00 | 0.00 | 0.00 | LR-001 |
| 04/24/2015 05/20/2015 | 660 - Special payment | 1,337.50 | 0.00 | 1,337.50 | 104,766.05 | |
| 04/06/2015 04/06/2015 | 761 - Auto late fee assessment | 21.53 | 0.00 | 0.00 | 0.00 | LR-001 |
| 03/09/2015 03/09/2015 | 761 - Auto late fee assessment | 21.53 | 0.00 | 0.00 | 0. | |
| 02/05/2015 | 761 - Auto late fee | 21.53 | 0.00 | 0.00 | 0. | |

EXHIBIT B

| Date | Description | | | | | |
|---|---|---|---|---|---|---|
| 02/05/2015 | assessment | | | | | |
| 01/05/2015 | 761 - Auto late fee | 21.53 | 0.00 | 0.00 | 0.00 | LR-001 |
| 01/05/2015 | assessment | | | | | |
| 12/08/2014 | 761 - Auto late fee | 21.53 | 0.00 | 0.00 | 0.00 | LR-001 |
| 12/08/2014 | assessment | | | | | |
| 11/05/2014 | 761 - Auto late fee | 21.53 | 0.00 | 0.00 | 0.00 | LR-001 |
| 11/05/2014 | assessment | | | | | |
| 10/06/2014 | 761 - Auto late fee | 21.53 | 0.00 | 0.00 | 0.00 | LR-001 |
| 10/06/2014 | assessment | | | | | |
| 09/05/2014 | 761 - Auto late fee | 21.53 | 0.00 | 0.00 | 0.00 | LR-001 |
| 09/05/2014 | assessment | | | | | |
| 08/05/2014 | 761 - Auto late fee | 21.53 | 0.00 | 0.00 | 0.00 | LR-001 |
| 08/05/2014 | assessment | | | | | |
| 07/07/2014 | 761 - Auto late fee | 21.53 | 0.00 | 0.00 | 0.00 | LR-001 |
| 07/07/2014 | assessment | | | | | |
| 06/05/2014 | 761 - Auto late fee | 21.53 | 0.00 | 0.00 | 0.00 | LR-001 |
| 06/05/2014 | assessment | | | | | |
| 05/06/2014 | 761 - Auto late fee | 21.53 | 0.00 | 0.00 | 0.00 | LR-001 |
| 05/06/2014 | assessment | | | | | |
| 04/07/2014 | 761 - Auto late fee | 21.53 | 0.00 | 0.00 | 0.00 | LR-001 |
| 04/07/2014 | assessment | | | | | |
| 03/10/2014 | 761 - Auto late fee | 21.53 | 0.00 | 0.00 | 0.00 | LR-001 |
| 03/10/2014 | assessment | | | | | |
| 02/05/2014 | 761 - Auto late fee | 21.53 | 0.00 | 0.00 | 0.00 | LR-001 |
| 02/05/2014 | assessment | | | | | |
| 01/06/2014 | 761 - Auto late fee | 21.53 | 0.00 | 0.00 | 0.00 | LR-001 |
| 01/06/2014 | assessment | | | | | |
| 12/06/2013 | 761 - Auto late fee | 21.53 | 0.00 | 0.00 | 0.00 | LR-001 |
| 12/06/2013 | assessment | | | | | |
| 11/05/2013 | 761 - Auto late fee | 21.53 | 0.00 | 0.00 | 0.00 | LR-001 |
| 11/05/2013 | assessment | | | | | |
| 10/07/2013 | 761 - Auto late fee | 21.53 | 0.00 | 0.00 | 0.00 | LR-001 |
| 10/07/2013 | assessment | | | | | |
| 09/05/2013 | 761 - Auto late fee | 21.53 | 0.00 | 0.00 | 0.00 | LR-001 |
| 09/05/2013 | assessment | | | | | |
| 08/05/2013 | 761 - Auto late fee | 21.53 | 0.00 | 0.00 | 0.00 | LR-001 |
| 08/05/2013 | assessment | | | | | |
| 07/08/2013 | 761 - Auto late fee | 21.53 | 0.00 | 0.00 | 0.00 | LR-001 |
| 07/08/2013 | assessment | | | | | |
| 06/05/2013 | 761 - Auto late fee | 21.53 | 0.00 | 0.00 | 0.00 | LR-001 |
| 06/05/2013 | assessment | | | | | |
| 05/06/2013 | 761 - Auto late fee | 21.53 | 0.00 | 0.00 | 0.00 | LR-001 |
| 05/06/2013 | assessment | | | | | |
| 04/05/2013 | 761 - Auto late fee | 21.53 | 0.00 | 0.00 | 0.00 | LR-001 |
| 04/05/2013 | assessment | | | | | |
| 03/08/2013 | 761 - Auto late fee | 21.53 | 0.00 | 0.00 | 0.00 | LR-001 |
| 03/08/2013 | assessment | | | | | |
| 02/05/2013 | 761 - Auto late fee | 21.53 | 0.00 | 0.00 | 0.00 | LR-001 |
| 02/05/2013 | assessment | | | | | |
| 01/16/2013 | 610 - Regular | 430.54 | 0.00 | 430.54 | 104,766.05 | |
| 01/16/2013 | payment | | | | | |