UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: JENNIFER S. SIDDERS   Case No.: 2016-20600-GMH-13
             Debtor.   Chapter 13

## OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Jennifer S. Sidders has filed an objection to your Motion For Relief From Automatic Stay in this bankruptcy case.

**Your claim may be reduced, modified or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

NOW COMES the above-named Debtor, Jennifer Sidders by and through her Attorneys, MILLER & MILLER LAW, LLC, and by Attorney Krysta L. Kerr, hereby objects to the Motion for Relief from Automatic Stay of Waterstone Bank, SSB. As grounds for such objection and requests, the Debtor asserts as follows:

1. Debtor made a monthly payment on the first mortgage in the amount of $2,168.86 On March 4, 2016.

2. Debtor made a monthly payment on the home equity mortgage in the amount of $429.84 on March 4, 2016.

3. The above referenced payments should bring both loans current post-petition.

4. Debtor will make her March mortgage payments shortly.

WHEREFORE, the Debtor request that the Court deny Waterstone Bank, SSB's Motion to Lift the Automatic Stay and further request that this matter be set for hearing.

Dated at Milwaukee, Wisconsin, the 15th day of March, 2016.

/s/ Krysta L. Kerr
Krysta L. Kerr
MILLER & MILLER LAW, LLC
Attorney for Debtor
State Bar No.: 1090070

MILLER & MILLER LAW, LLC
735 W. Wisconsin Ave., Suite 600
Milwaukee, WI 53233-2143
(414) 277-7742
(414) 277-1303 fax
krysta@millermillerlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: JENNIFER S. SIDDERS  Case No.: 2016-20600-GMH-13
       Debtor.  Chapter 13

CERTIFICATE OF MAILING

On March 15, 2016, the undersigned served copies of the Objection to the Motion for Relief from Automatic Stay, on the parties listed below electronically or by United States Mail, First Class, postage prepaid at zip code 53233.

Jennifer Sidders, 20390 W Barton Rd, New Berlin, WI 53146
Attorney Mark Vap, 11200 West Plank Court, Wauwatosa, WI 53226
Mary Grossman, Standing Chapter 13 Trustee, by ECF
United States Trustee, by ECF
United States Bankruptcy Court, by ECF

Respectfully Submitted,

/s/ *[signature]*
Krysta L. Kerr
MILLER & MILLER LAW, LLC
735 W. Wisconsin Avenue, Suite 600
Milwaukee, WI 53233-2143
414-277-7742
414-277-1303 fax
Krysta@millermillerlaw.com