UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In Re:  
JENNIFER S. SIDDERS  
Debtor(s).

Chapter 13 Bankruptcy

Case No. 16-20600-GMH

---

### TRUSTEE'S NOTICE AND OBJECTION TO INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF ATTORNEY'S FEES

---

Mary B. Grossman, Standing Chapter 13 Trustee has filed papers with the court objecting to the Interim Application for Compensation and Reimbursement of Attorney's Fees.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

The Trustee, Mary B. Grossman, hereby objects to the Interim Application for Compensation and Reimbursement of Attorney's Fees in this bankruptcy proceeding for the following reason(s):

☐ There was no copy of the fee agreement attached to the application.

☐ The trustee does not believe that the fee is reasonable based on Wisconsin SCR 20:1.5(a) (1) -(8).

☐ The attorney has failed to demonstrate that the fees charged were actual, necessary and reasonable under 11 U.S.C. 330(a) (3) (A)

☐ Time and services expended were not beneficial to the estate as required by 11 U.S.C. § 330.

☐ The fee agreement did not expressly identify or provide for use of other counsel to assist the Attorney with the Debtor's case.

☐ Services were inadequately described so that a determination cannot be made as to their reasonableness.

☐ Failure of the time itemization to list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work.

☐ Time entries for telephone calls, conferences, and letters fail to state the purpose or nature of the service and the persons involved.

☒ Other: The Application for Compensation requests an order for compensation in the amount of $3,615.75, but the time itemization fails to account for the pre-filing payment of $690 as disclosed in the Debtor's schedules.

Dated at Milwaukee, Wisconsin, this 5th day of July 2016

OFFICE OF CHAPTER 13 TRUSTEE

/s/_____  
Mary B. Grossman, Chapter 13 Trustee  
Robert W. Stack, Staff Attorney  
Christopher D. Schimke, Staff Attorney  
Sandra M. Baner, Staff Attorney

**P.O. ADDRESS:**  
P. O. Box 510920  
Milwaukee, WI 53203  
414-271-3943  
414-271-9344 (Fax)  
info@chapter13milwaukee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In Re: JENNIFER S. SIDDERS

Chapter 13 Bankruptcy

Debtor

Case No. 16-20600-GMH

---

**TRUSTEE'S NOTICE AND OBJECTION TO INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF ATTORNEY'S FEES**

---

The undersigned being first duly sworn on oath, deposes and says that on this date she electronically or conventionally served a copy of the attached Notice of Objection to Interim Application for Compensation and Reimbursement of Attorney's Fees in accordance with FRBP and FRCP (5)(b)(2)(D).

Dated: July 5, 2016

/s/_____
Tongula Washington
Administrative Assistant to
Mary B. Grossman, Chapter 13 Trustee
P. O. Box 510920
Milwaukee, WI 53203
(414) 271-3943

CONVENTIONAL MAIL RECIPIENTS:

Debtor(s):

JENNIFER S. SIDDERS
15000 WEST CLEVELAND AVE. APT 212
NEW BERLIN, WI 53151-

ELECTRONIC MAIL RECIPIENTS:

MILLER & MILLER
OFFICE OF THE US TRUSTEE